UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID CRAWFORD  (#313723)

VERSUS

CINDY PARK, ET AL

CIVIL ACTION

NUMBER 08-486-FJP-DLD

ORDER

Considering the Motion to Stay Discovery, record document number 11;

IT IS ORDERED that the motion is granted and all discovery is stayed until further order of the court.

Signed in Baton Rouge, Louisiana, on September 18, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**