UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID CRAWFORD (#313723)

VERSUS                                              CIVIL ACTION

CINDY PARK, ET AL                                   NUMBER 08-486-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the defendant's motion to dismiss shall be granted.[1]

IT IS FURTHER ORDERED that the plaintiff's claims against the unidentified John Doe defendant shall be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(1).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 15, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 10.

Doc#45736