```
              UNITED STATES DISTRICT COURT

              MIDDLE DISTRICT OF LOUISIANA
```

DAVID CRAWFORD(#313723)

VERSUS                                    CIVIL ACTION

CINDY PARK, ET AL                         NUMBER 08-486-FJP-DLD

### J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, granting the defendant's motion to dismiss and dismissing the plaintiff's claims against the unidentified John Doe defendant as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(1)

Baton Rouge, Louisiana, January 15, 2009.

*[signature]*
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45736